Certificate Number: 05781-NYS-DE-041191797

Bankruptcy Case Number: 26-11595



05781-NYS-DE-041191797

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2026, at 1:48 o'clock PM PDT, Ramon Jourdain completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date:   July 10, 2026                    By:     /s/Allison M Geving

                                          Name:   Allison M Geving

                                          Title:   President